AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| KRISTINE TODD. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:26-cv-9740 |
| CREDENCE RESOURCE MANAGEMENT, LLC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDENCE RESOURCE MANAGEMENT LLC
c/o Corporation Service Company dba CSC
- Lawyers Incorporating Service Company
211 E. 7th Street. Suite 620
Austin. TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy Beth Clark
State Bar No. 24043761
amy@cimentlawfirm.com
221 Bella Katy Drive
Katy, Texas 77494
Telephone: (210) 294-9273

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

Date: November 6, 2026

*s/ Daniel Maccio*
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-9740

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________
*Server's signature*

SERVICE RETURN ATTACHED

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Texas

Case Number: 4:26-CV-09740

Plaintiff:
**Kristine Todd**

vs.

Defendant:
**Credence Resource Management, LLC**

For:
Ciment Law Firm, PLLC
221 Bella Katy Dr
Katy, TX 77494

Received by Justin Rogers on the 13th day of November, 2026 at 12:15 pm to be served on **Credence Resource Management, LLC by serving its registered agent, Corporation Service Company, 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **13th day of November, 2026** at **3:21 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint with Civil Cover Sheet** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company**, in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Credence Resource Management, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 13th day of November, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Justin Rogers**
PSC-20023, Exp. 06/30/2027

11/13/26
**Date**

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: ATX-2026014093
Ref: Kristine Todd

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0i